# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>ZALE DELAWARE, INC., a Delaware Corporation; and DOES 1 through 10<br><br>Defendants. | Case No.: 2:19-cv-03045-AB (ASx)<br><br>[~~PROPOSED~~] JUDGMENT |

The Court having fully considered the evidence presented, and a decision having been duly rendered on Defendant Zale Delaware, Inc.'s Motion for Summary Judgment,

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendant, that Plaintiff Brian Whitaker recover nothing, that the action be dismissed on the merits, and that Defendant shall recover costs from Plaintiff pursuant to Federal Rule of Civil Procedure 54 in an amount to be determined on application.

**IT IS SO ORDERED.**

Dated:  December 20, 2021  _____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE